1

2                          UNITED STATES DISTRICT COURT

3                               DISTRICT OF NEVADA

4                                       ***

5

6

7   ROBERT MICHAEL NICHOLS,                 2:12-cv-00093-MMD-VCF

8                    Plaintiff,             **ORDER**
                                            [Plaintiff's Unopposed Motion for Additional
9   vs.                                     Time #28]

10  FINDLAY AUTOMOTIVE GROUP, INC.,

11                   Defendant.

12

13          Before the Court is Plaintiff's Unopposed Motion for Additional Time (#28) filed on March 6,

14  2013.  The parties request the Discovery Cut-Off Date, March 27, 2013, be extended 45 days to May 13,

15  2013 to give the parties time to explore settlement.  *Id.*

16          Good cause appearing,

17          IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Additional Time (#28) is

18  GRANTED.

19          IT IS FURTHER ORDERED that the following discovery extensions apply:

20          1.  Discovery cut-off          May 13, 2013;

21          2.  Disposition Motions:

22              Disposition motions must be filed and served on or before June 12, 2013 which is 30 days

23              after discovery cut-off.

24          3.   Joint Pre-Trial Order:

25

1    The Joint Pre-trial Order must be filed on July 12, 2013, which is 30 days after the date set

2    for filing of dispositive motions. In the event dispositive motions are filed, the date for filing

3    the Joint Pretrial Order must be suspended until 30 days after the decision on the dispositive

4    motions or further order of the Court.

5    All other discovery deadlines as stated in the Discovery Plan and Scheduling Order (#22) will

6    remain the same.

7    DATED this 8th day of March, 2013.

8    _____
     CAM FERENBACH
9    UNITED STATES MAGISTRATE JUDGE