Chad R. Fears, Nevada Bar No. 6970
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Email: cfears@swlaw.com
Telephone: (702) 784-5341
Facsimile: (702) 784-5252

Keith A. Vogt *(Pro Hac Vice)*
1550 West Carroll
Chicago, Illinois 60607
Email: keithvogtjd@gmail.com
Telephone: (708) 203-4787

*Attorneys for Plaintiff Robert Michael Nichols*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MICHAEL NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>FINDLAY AUTOMOTIVE<br>GROUP, INC.<br><br>    Defendant. | CASE NO. 2:12-cv-00093<br><br>**UNOPPOSED MOTION TO SUBSTITUTE NEW COUNSEL FOR PLAINTIFF AND TO REMOVE PRIOR COUNSEL** |

Plaintiff hereby moves this Court to remove Steve Pedersen and the firm of Stadheim & Grear as counsel for Plaintiff and to substitute Keith A. Vogt as the new counsel for Plaintiff. This change is the result of Mr. Vogt leaving Stadheim & Grear and having this matter staying with him as a result of Stadheim & Grear terminating its representation of Plaintiff. In addition, it is requested that Steve Pedersen and the firm of Stadheim & Grear be removed from the ECF system. The granting of this motion will not result in any delay of the deadlines set forth in the Court's Scheduling Order.

There is no opposition to the granting of this motion by all counsel of record.

Dated: March 21, 2013.                                 Respectfully Submitted,

*/s/ Keith A. Vogt*
Chad R. Fears, Nevada Bar No. 6970
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Email: cfears@swlaw.com
Telephone: (702) 784-5341
Facsimile: (702) 784-5252

Keith A. Vogt *(pro hac)*
1550 West Carroll
Chicago, Illinois 60607
Email: keithvogtjd@gmail.com
Telephone: (708) 203-4787

*Attorneys for Plaintiff Robert Michael Nichols*

## ORDER

**IT IS HEREBY ORDERED** that Steven Pedersen, Esq., and the law firm of Stadheim & Grear, be removed as counsel for Plaintiff in this case.

DATED: 4-1-2013

UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On March 21, 2013, 2013, I caused to be served a true and correct copy of the foregoing **UNOPPOSED MOTION TO SUBSTITUTE NEW COUNSEL FOR PLAINTIFF AND TO REMOVE PRIOR COUNSEL and PROPOSED ORDER** by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below and/or included on the Court's Service List for the above-referenced case.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery via messenger service of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Michael J. McCue
Jonathan W. Fountain
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
mmccue@lrlaw.com
jfountain@lrlaw.com

*Attorneys for Defendant Findlay Automotive Group, Inc.*

*/s/ Julia L. Melnar*
An Employee of Snell & Wilmer L.L.P.

16840210

- 3 -