Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200 (tel.)
(702) 949-8398 (fax)

Attorneys for Defendant
FLM, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MICHAEL NICHOLS,<br><br>       Plaintiff,<br><br>   vs.<br><br>FLM, LLC,<br><br>       Defendant. | Case No. 2:12-cv-00093-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS AWARDED TO ANY PARTY** |

1

3213634.1

# STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS AWARDED TO ANY PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff ROBERT MICHAEL NICHOLS and Defendant FLM, LLC, by and through their respective counsel of record, hereby agree and stipulate to dismiss this action with prejudice and without attorneys' fees or costs awarded to any party.

**IT IS SO AGREED AND STIPULATED** this 26th day of April, 2013:

| | |
|---|---|
| LEWIS AND ROCA LLP | THE LAW OFFICE OF KEITH A. VOGT |
| By: /s/ Jonathan W. Fountain | By: /s/ Keith A. Vogt |
| Michael J. McCue | Keith A. Vogt |
| Jonathan W. Fountain | 1550 West Carroll |
| 3993 Howard Hughes Parkway | Chicago, Illinois 60607 |
| Suite 600 | Tel.: (708) 203-4787 (tel.) |
| Las Vegas, Nevada 89169 | Email: keithvogtjd@gmail.com |
| Tel.: (702) 949-8200 (tel.) | |
| Fax: (702) 949-8398 (fax) | -and- |
| Email: MMcCue@LRLaw.com | |
| Email: JFountain@LRLaw.com | SNELL & WILMER LLP |
| | Chad R. Fears |
| Attorneys for Defendant | 3883 Howard Hughes Parkway |
| FLM, LLC | Suite 1100 |
| | Las Vegas, Nevada 89169 |
| | |
| | Tel.: (702) 784-5258 (tel.) |
| | Fax: (702) 784-5252 (fax) |
| | Email: cfears@swlaw.com |
| | |
| | Attorneys for Plaintiff |
| | Robert Michael Nichols |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 26, 2013

2